IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**REGINA FAYE ANDERSON**                                                    **PLAINTIFF**

v.                          Case No. 5:17-cv-00005 KGB-JJV

**NANCY A. BERRYHILL,**
Acting Commissioner,
**Social Security Administration**                                       **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe Volpe (Dkt. No. 10). No objections have been filed, and the time for filing objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*).

It is therefore ordered that the final decision of the Commissioner is affirmed. Plaintiff Regina Anderson's complaint is dismissed with prejudice.

It is so ordered this the 13th day of July, 2017.

                                                         _____
                                                         Kristine G. Baker
                                                         United States District Judge