IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**REGINA FAYE ANDERSON**                                                                         **PLAINTIFF**

**v.**                             **Case No. 5:17-cv-00005 KGB-JJV**

**NANCY A. BERRYHILL,**
**Acting Commissioner,**
**Social Security Administration**                                       **DEFENDANT**

## JUDGMENT

Consistent with the Order entered in this matter on this date, it is considered, ordered and adjudged that this action is dismissed with prejudice.

Dated this the 13th day of July, 2017.

_____
Kristine G. Baker
United States District Judge